# IN THE COURT OF APPEALS OF TENNESSEE,
## AT NASHVILLE

_____

| | | |
|---|---|---|
| **CARVER PLUMBING COMPANY, INC.,** | ) | Davidson County Circuit Court |
| | ) | No. 95C-2130 |
| Plaintiff/Appellant. | ) | |
| | ) | |
| VS. | ) | C.A. No. 01A01-9708-CV-00377 |
| | ) | |
| **MARTHA CONE BECK**, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |
| | ) | |

**FILED**

**May 6, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

**ORDER**

_____

The appellee has filed a petition for rehearing in this cause which, after due consideration, is denied.

Enter this _____ day of May, 1998.

_____

FARMER, J.


_____

HIGHERS, J.


_____

LILLARD, J.